JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLETTE GLAZER, | Case No. EDCV 23-2159-GW-ACCVx |
| Plaintiff, | |
| v. | **ORDER TO DISMISS** |
| UNITED STATES DEPARTMENT OF STATE, | |
| Defendant. | |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed in its entirety.

Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: April 23, 2026



_____

HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE